**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                                    **CASE NO: 5:13-cr-30-Oc-22PRL**

**SERGIO OMAR LOPEZ-GARZA**

_____

### ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge
(Doc. No. 21), to which there has been no Notice of Objection filed by the Government and no
Notice of Objection filed by the Defendant, the plea of guilty of the defendant to Count One of
the Indictment is now accepted and the defendant is adjudged guilty of such offense. A
sentencing has been scheduled by separate notice.

**DONE and ORDERED** at Orlando, Florida this 26th day of June, 2013.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Magistrate Judge
United States Marshals Service
United States Probation Office

United States Pretrial Services